UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ALEXANDRIA M. CLAYTON, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. CV415-093 |
| ) | |
| SAVANNAH CHATHAM ) | |
| METROPOLITAN POLICE ) | |
| DEPARTMENT et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

The Court having reviewed and considered the petitions of Kevin W. Jent and Gregory O. Wiggins of the law firm of Wiggins Childs Quinn Pantazis Fisher & Goldfarb LLC, The Kress Building, 301 19th Street North, Birmingham, Alabama 35203, for permission to appear pro hac vice on behalf of plaintiff Alexandria M. Clayton, in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Kevin W. Jent and Gregory O. Wiggins as counsel of record for plaintiff Alexandria M. Clayton, in this case.

SO ORDERED this __27th__ day of April, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA