# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

ALEXANDRIA CLAYTON,     )
                          )
    Plaintiff,         )
                          )
v.                     )        CV415-093
                          )
THE MAYOR AND ALDERMAN   )
OF THE CITY OF SAVANNAH, *et al.*, )
                          )
    Defendants.      )

## ORDER

The parties' consent motion to stay pending disposition of defendants' motion to dismiss the Third Amended Complaint (doc. 33) is **GRANTED**.

**SO ORDERED,** this  31st  day of July, 2018.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA