IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ALEXANDRIA M. CLAYTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. CV415-93 |
| | ) |
| SAVANNAH CHATHAM METROPOLITAN POLICE DEPARTMENT; OFFICER RANDY VEAL, individually and in his official capacity; SGT. CLARENCE FEW, individually and in his official capacity; CPT. CEDRIC PHILLIPS, individually and in his official capacity; MATHEW LOPRESTI, Patrol Training Officer, individually and in his official capacity; SGT. TORRENCE GARVIN, individually and in his official capacity; CPT. MIKE WILLIAMS, individually and in his official capacity; SGT. CLEVELAND LOVETT, individually and in his official capacity; MAJOR JULIE TOLBERT, Acting Chief, individually and in her official capacity; SGT. NICOLE KOHLES, individually and in her official capacity; CPL. KEITH RICHARDSON, Star Corporal, individually and in his official capacity; SGT. CHRISTOPHER HEWETT, individually and in his official capacity; CPT. DEVON ADAMS, individually and in his official capacity; CPT. BEN HERON, individually and in his official capacity; SANTANA WILLIS, Patrol | ) |



FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 OCT 15 PM 2:41
CLERK
SO. DIST. OF GA.

Officer, individually and in )
his official capacity; SGT. )
TAMBRA SHOOP, individually )
and in her official capacity; )
NIKEYA NELSON, Community )
Resource Officer, )
individually and in her )
official capacity; BETH )
ROBINSON, Human Resource )
Director, individually and in )
her official capacity; SYLVIA )
PERRY, Employee Relations )
Coordinator, individually and )
in her official capacity; )
STEPHANIE CUTTER, )
individually and in her )
official capacity; CHIEF )
WILLIE LOVETT, individually )
and in his official capacity; )
CHATHAM COUNTY, GEORGIA; and )
CITY OF SAVANNAH, by and )
through the Mayor and )
Aldermen; )
 )
    Defendants. )
                              )

## O R D E R

Before the Court is the parties' Stipulation of Dismissal of Claims against Defendants Hewett, Few, Lopresti, Garvin, Tolbert, C. Lovett, Kohles, Richardson, Heron, Phillips, Shoop, and Nelson. (Doc. 40.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested, Plaintiff's claims against Defendants Christopher Hewett, Clarence Few, Mathew Lopresti, Torrence

Garvin, Julie Tolbert, Cleveland Lovett, Nicole Kohles, Keith Richardson, Ben Heron, Cedric Phillips, Tambra Shoop, and Nikeya Nelson are **DISMISSED WITHOUT PREJUDICE** with each party to bear its own costs and attorneys' fees. The defendants remaining in this action are Defendants Savannah Chatham Metropolitan Police Department, Officer Randy Veal, Captain Mike Wilkins, Captain Devon Adams, Santana Willis, Beth Robinson, Sylvia Perry, Stephanie Cutter, Chief Willie Lovett, Chatham County, Georgia, and City of Savannah, Georgia, by and through the Mayor and Alderman.

SO ORDERED this 15th day of October 2018.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA