ALEXANDRIA M. CLAYTON, )
)
    Plaintiff, )
)
v. )   CASE NO. CV415-93
)
SAVANNAH CHATHAM METROPOLITAN )
POLICE DEPARTMENT; OFFICER )
RANDY VEAL, individually and )
in his official capacity; )
CPT. MIKE WILKINS, )
individually and in his )
official capacity; CPT. DEVON )
ADAMS, individually and in )
his official capacity; )
SANTANA WILLIS, Patrol )
Officer, individually and in )
his official capacity; BETH )
ROBINSON, Human Resource )
Director, individually and in )
her official capacity; SYLVIA )
PERRY, Employee Relations )
Coordinator, individually and )
in her official capacity; )
STEPHANIE CUTTER, )
individually and in her )
official capacity; CHIEF )
WILLIE LOVETT, individually )
and in his official capacity; )
CHATHAM COUNTY, GEORGIA; and )
CITY OF SAVANNAH, by and )
through the Mayor and )
Aldermen; )
)
    Defendants. )
_____)

# O R D E R

Before the Court is the parties' Stipulation of Dismissal of Claims against Defendant Michael Wilkins.

(Doc. 46.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested, Plaintiff's claims against Defendant Michael Wilkins are **DISMISSED WITHOUT PREJUDICE** with each party to bear its own costs and attorneys' fees. The defendants remaining in this action are Defendants Savannah Chatham Metropolitan Police Department, Officer Randy Veal, Captain Devon Adams, Santana Willis, Beth Robinson, Sylvia Perry, Stephanie Cutter, Chief Willie Lovett, Chatham County, Georgia, and City of Savannah, Georgia, by and through the Mayor and Alderman.

SO ORDERED this 30th day of December 2019.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA