IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ALEXANDRIA M. CLAYTON, )
)
    Plaintiff, )
)
v. ) CASE NO. CV415-93
)
SAVANNAH CHATHAM METROPOLITAN )
POLICE DEPARTMENT; CPT. DEVON )
ADAMS, individually and in his )
official capacity; SYLVIA )
PERRY, Employee Relations )
Coordinator, individually and )
in her official capacity; CHIEF )
WILLIE LOVETT, individually and )
in his official capacity; )
CHATHAM COUNTY, GEORGIA; and )
CITY OF SAVANNAH, by and )
through the Mayor and Aldermen; )
)
    Defendants. )
)

## O R D E R

Before the Court is Plaintiff Alexandria M. Clayton, Defendant Devon Adams, and Defendant Sylvia Perry's Stipulation of Dismissal with Prejudice. (Doc. 57.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested, Plaintiffs' claims against Defendant Adams and Defendant Perry are **DISMISSED WITH PREJUDICE.** Each party shall bear its own costs and attorneys' fees.

SO ORDERED this 12th day of March 2020.

                                          WILLIAM T. MOORE, JR.
                                        UNITED STATES DISTRICT COURT
                                        SOUTHERN DISTRICT OF GEORGIA