IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| ALEXANDRIA M. CLAYTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 415-093 |
| | ) | |
| CITY OF SAVANNAH, GEORGIA, by and through the Mayor and Aldermen, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

At this morning's telephone status conference, all parties expressed an interest in mediation.  (See doc. no. 83.)  Therefore, with the consent of the parties, the Court **STAYS** the case so that the parties can engage in mediation.  By no later than October 24, 2023, the parties shall email the courtroom deputy clerk, courtnay_capps@gas.uscourts.gov, with an update concerning whether they have retained a private mediator or prefer mediation by a bankruptcy or magistrate judge.  If the parties prefer the latter, they shall provide three available dates for mediation in their email to Ms. Capps.

SO ORDERED this 10th day of October, 2023, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA