IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| ALEXANDRIA M. CLAYTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 415-093 |
| | ) | |
| CITY OF SAVANNAH, GEORGIA, by and through the Mayor and Aldermen, | ) ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

In compliance with the Court's prior order staying the case for the purpose of engaging in mediation, (see doc. no. 84), the parties have informed the Court a private mediation has been scheduled for December 18, 2023. The parties shall advise the Court as to the status of the case by no later than January 10, 2024, and if the case is not resolved, the Court will lift the stay.

SO ORDERED this 9th day of November, 2023, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA