IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ALEXANDRIA M. CLAYTON,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF SAVANNAH, GEORGIA, by and through the Mayor and Aldermen; et al.,<br><br>    Defendants. | CIVIL ACTION NO.: 4:15-cv-93 |

**O R D E R**

Before the Court is a "Stipulation of Voluntary Dismissal With Prejudice," signed and filed by counsel for Plaintiff and counsel for the sole remaining Defendant that has appeared in the case, in which the parties advise that they stipulate to the dismissal with prejudice of this action, with each party to bear its own costs and attorneys' fees.  (Doc. 87.)  Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1), this action has been **DISMISSED WITH PREJUDICE**.  The Clerk of Court is hereby authorized and directed to **LIFT** the stay, **TERMINATE** all pending motions, and **CLOSE** this case.

**SO ORDERED**, this 23rd day of January, 2024.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA